**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 131 MM 2023

            Respondent            :

            v.             :

HERIBERTO DIAZ,             :

            Petitioner            :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of May, 2024, this Court's hold, entered on March 6, 2024, is LIFTED. The Petition for Writ of Mandamus is DENIED.